IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSEPH OJEDA FUENTES

Bkrtcy. No. 10-08034-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 31, 2010
Meeting Date: Oct 01, 2010
DC Track No. 25

Days from petition date: 31
Meeting Time: 2:00 PM

910 Days before Petition: 3/4/2008
☐ Chapter 13 Plan Date: Aug 31, 2010 Dkt.# 2
☐ Amended.

This is debtor(s) 1 Bankruptcy petition.
Plan Base: $10,500.00

This is the 1 Scheduled Meeting
Confirmation Hearing Date: Oct 27, 2010
Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. 091
Date: 10/1/10
Amount: $175.00
Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: J Prieto ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00 Paid Pre-Petition: $226.00 Outstanding: $2,774.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: $1,275.00
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: —0—
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☒ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☒ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Unable to make payment to Mortgage payments, to Doral.

/s/ José R. Carrión
Trustee
Presiding Officer
Page 1 of ___
Date: Oct 01, 2010