IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-08034 ESL |
|---|---|
| **JOSEPH OJEDA FUENTES** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule and increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 21st day of October of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  
OJEDA FUENTES, JOSEPH  
Debtor(s)

Case No. _____  
Chapter 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 10/21/2010  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 175.00 x 1 = $ 175.00  
$ 200.00 x 23 = $ 4,600.00  
$ 225.00 x 36 = $ 8,100.00  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  

TOTAL: $ 12,875.00

Additional Payments:  
$ 2,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☑ Sale of Property identified as follows:  
TAX RETURNS RECEIVED DURING THE LIFE OF THE PLAN

☐ Other:

Periodic Payments to be made other than, and in addition to the above:  
$ ____ x ____ = $ ____

PROPOSED BASE: $ 14,875.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,774.00

Signed: /s/ JOSEPH OJEDA FUENTES  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. DORAL BANK      Cr. DORAL BANK      Cr. ____  
# 0009107010330     # 9107010330        # ____  
$ 3,500.00          $ 2,500.00          $ ____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. BBVA            Cr. ____            Cr. ____  
# 03249609969696    # ____              # ____  
$ 1,100.00          $ ____              $ ____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ____            Cr. ____            Cr. ____  
# ____              # ____              # ____  
$ ____              $ ____              $ ____  
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
AEELA  
5. ☐ Other:  
6. ☑ Debtor otherwise maintains regular payments directly to:  
ADM SISTEMA RETIRO   DORAL BANK    DORAL BANK  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.  
11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____  
☐ Paid 100% / ☐ Other: ____  
Cr. ____            Cr. ____            Cr. ____  
# ____              # ____              # ____  
$ ____              $ ____              $ ____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO BBVA TROUGH EASTERN AMERICAN INS CORP.

Attorney for Debtor Jose Prieto         Phone: (787) 607-2166

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing         BANCO BILBAO VIZCAYA ARGENTARIA        US Bankruptcy Court District of P.R.
0104-3                                  FRANCISCO J PORTUONDO DIAZ ESQ         U.S. Post Office and Courthouse Building
Case 10-08034-ESL13                     PO BOX 364745                          300 Recinto Sur Street, Room 109
District of Puerto Rico                 SAN JUAN, PR 00936-4745                San Juan, PR 00901-1964
Old San Juan
Tue Oct 19 17:18:32 AST 2010

ADM SISTEMA RETIRO                      AEELA                                  AES
P O BOX 42003                           P O BOX 364508                         P O BOX 8147
SAN JUAN, PR 00940-2203                 SAN JUAN, PR 00936-4508                HARRISBURY, PA  17105-8147


AES/PHEAA                               BANCO BILBAO VIZCAYA ARG               BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 8183                             ANGEL M VAZQUEZ BAUZA                  PO BOX 364745
HARRISBURG, PA 17105-8183               PO BOX 191017                          SAN JUAN, PR 00936-4745
                                        SAN JUAN, PR  00919-1017


BBVA                                    COMP USA                               DIRECT LOAN
P O BOX 3671397                         HSBC RETAIL SERVICES                   US DEPT EDUCATION
SAN JUAN, PR  00936                     P O BOX 60148                          P O BOX 530260
                                        CITY INDUSTRY, CA  91716-0148          ATLANTA, GA  30353-0260


DORAL BANK                              EASTERN AMERICA INSURANCE COMPANY      ISLAND FINANCE
P O BOX 71529                           PO BOX 9023862                         P O BOX 715404
SAN JUAN, PR  00936-8629                SAN JUAN, PR 00902-3862                SAN JUAN, PR  00936


KEISER UNIVERSITY                       PEARL VISION                           SAMS
P O BOX 561                             GE MONEY BANK                          P O BOX 103104
FORT MILL, SC  29716-0561               P O BOX 960061                         ROSWELL, GA 30076-9104
                                        ORLANDO, FL  32896-0061


JOSE M PRIETO CARBALLO                  JOSE RAMON CARRION MORALES             JOSEPH OJEDA FUENTES
JPC LAW OFFICE                          PO BOX 9023884                         3418 CALLE CAMARON
PO BOX 363565                           SAN JUAN, PR 00902-3884                3RA SECCION LEVITTOWN
SAN JUAN, PR 00936-3565                                                        TOA BAJA, PR 00950


MONSITA LECAROZ ARRIBAS                 End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)          Mailable recipients    21
OCHOA BUILDING                          Bypassed recipients     0
500 TANCA STREET  SUITE 301             Total                  21
SAN JUAN, PR 00901-1938
```